## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER VROMAN GONZALEZ,<br>Plaintiff,<br>v.<br><br>NATIONAL CREDIT ADJUSTERS, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC<br><br>Defendants. | Case No.: 0:26-cv-03151-KMM-EMB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant National Credit Adjusters, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against the remaining Defendants remain pending.

Respectfully submitted August 6, 2026

/s/ Kathleen M. Wagner
Kathleen M. Wagner, Esq.
Wagner Law LLC
204 Sibley Street, Suite 207
Hastings, MN 55033

Mailing Address:
McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258

Telephone: (602) 456-8900
Fax: (602) 218-4447
litigation@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Kathleen M. Wagner*